**DISMISS and Opinion Filed April 5, 2021**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

**No. 05-20-00917-CV**

_____

**CARESSA J. HOLDER, Appellant**

**V.**

**DIANNA CROSS D/B/A RNDI COMPANIES INC. AND RNDI DEMOLITIONS, INC., Appellees**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-09747**

## MEMORANDUM OPINION

Before Justices Myers, Partida-Kipness, and Garcia
Opinion by Justice Garcia

Appellant no longer wishes to pursue this appeal and has filed a motion to dismiss. *See* TEX. R. APP. P. 42.1(a)(1). We grant the motion and dismiss the appeal.

*See id.*

/Dennise Garcia/
_____
DENNISE GARCIA
JUSTICE

200917F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

CARESSA J. HOLDER, Appellant

No. 05-20-00917-CV      V.

DIANNA CROSS D/B/A RNDI
COMPANIES INC. AND RNDI
DEMOLITIONS, INC., Appellees

On Appeal from the 192nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-19-09747.
Opinion delivered by Justice Garcia,
Justices Myers and Partida-Kipness
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellees Dianna Cross d/b/a RNDI Companies Inc. and RNDI Demolitions, Inc. recover their costs, if any, of this appeal from appellant Caressa J. Holder.

Judgment entered April 5, 2021